FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK REAM,<br><br>    Plaintiff,<br><br>    v.<br><br>REVATION SYSTEMS, INC. d/b/a LINKLIVE,<br><br>    Defendant. | No. 2:23-CV-00375-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE** |

　　Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 13. Plaintiff is represented by Patrick B. Reddy. Defendant is represented by Sarah N. Turner and Whitney Imogen Kohler. The motion was heard without oral argument.

　　The parties move the Court to dismiss the above-mentioned matter with prejudice and that each party shall bear its own attorneys' fees and expenses unless otherwise agreed to by the parties in a separate writing. Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

//

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 13, is **GRANTED**.

2. Pursuant to Local Civil Rule 41(a)(1)(B), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 29th day of February 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 2**